UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WENDALL B. SCHAFFER<br>REG. # 31431-074 | * * * | CIVIL ACTION NO. 2:17-CV-01082<br>SECTION P |
| VERSUS | * * | |
| CALVIN JOHNSON | * * * | UNASSIGNED DISTRICT JUDGE |
| | * * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 9) of the Magistrate Judge previously filed herein, after an independent review of the record and a *de novo* determination of the issues, the court determines that the findings are correct under applicable law. Accordingly,

**IT IS ORDERED** that the petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

Shreveport, Louisiana, this 2̲ day of March, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE